PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KENIA ROBINSON, | ) | |
| | ) | CASE NO. 1:12cv531 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| Defendant. | ) | **ORDER** [Regarding ECF No. 14] |

Before the Court is Magistrate Judge James R. Knepp, II's Report recommending the

Court affirm the final decision of the Commissioner and enter judgment in favor of Defendant.

ECF No. 14.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of

those portions of a report and recommendation to which the parties have made an objection. 28

U.S.C. § 636(b)(1)(C).  Parties must file any objections to a report within fourteen days of

service.  *Id.*; Fed. R. Civ. P. 72(b)(2).  Failure to object within this time waives a party's right to

appeal the district court's judgment.  *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v.

Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).  Absent objection, a district court may adopt a

magistrate judge's report without review.  *See Thomas*, 474 U.S. at 149.

In the instant case, objections to the report were due by February 8, 2013.  Plaintiff has

not filed an objection.  The Court finds that the Report is supported by the record, and agrees

with the magistrate judge's recommendation.

Accordingly, the Court adopts the Report and Recommendation (ECF No. 14) and

(1:12cv531)

affirms the final decision of the Commissioner.

      IT IS SO ORDERED.


  February 20, 2013                      */s/ Benita Y. Pearson*
Date                                   Benita Y. Pearson
                                    United States District Judge